UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ADRIANNA KILLAM, | No. 2:17-cv-00841-RSM |
|---|---|
| Plaintiff, | |
| v. | STIPULATED MOTION AND ORDER FOR STAY PENDING POTENTIAL RESOLUTION |
| O'REILLY AUTO ENTERPRISES, LLC, a Washington limited liability company, O'REILLY AUTOMOTIVE STORES, INC. a Missouri corporation, | |
| Defendants. | |

## I. STIPULATION

The parties, by and through their counsel, hereby move the Court to enter an order staying all deadlines for 60 days. Counsel for all parties have discussed this matter, and all parties stipulate that good cause exists, under both Federal Rule of Civil Procedure 16(b)(2) and LCR 10(g), to stay all deadlines including the deadline to answer the complaint for 60 days pending potential resolution. An agreement in principle has been reached pending documentation with a formal agreement between the parties.

STIPULATED MOTION AND ORDER FOR STAY PENDING
POTENTIAL RESOLUTION - 1
(Case No. 2:17-cv-00841-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

RESPECTFULLY SUBMITTED this _____ day of June, 2017.

| | |
|---|---|
| JACKSON LEWIS P.C. | WASHINGTON CIVIL & DISABILITY ADVOCATE |
| By: *s/ Barry Alan Johnsrud*<br>Barry Alan Johnsrud, WSBA #21952<br>Jonathan M. Minear, WSBA #41377<br>520 Pike Street, Suite 2300<br>Seattle, WA 98101<br>206-405-0404<br>Barry.johnsrud@jacksonlewis.com<br>Jonathan.Minear@jacksonlewis.com<br>Attorneys for Defendants | By: */s/ Conrad A. Reynoldson*<br>Conrad A. Reynoldson, WSBA #48187<br>3513 NE 45th Street, Suite G<br>Seattle, WA 98105<br>206-855-3134<br>Conrad.WACDA@gmail.com,<br>Attorneys for Plaintiff |

REED PURETT WALTERS PLLC


By: _____
Mark D. Walters, WSBA #25537
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004
425-688-7620
mwalters@rpwlawfirm.com
Attorneys for Plaintiff

## II.  ORDER

IT IS SO ORDERED this 7th day of July 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS P.C.

STIPULATED MOTION AND ORDER FOR STAY PENDING
POTENTIAL RESOLUTION - 2
(Case No. 2:17-cv-00841-RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

By: *s/ Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
Jonathan M. Minear, WSBA #41377
520 Pike Street, Suite 2300
Seattle, WA 98101
Tel: 206-405-0404
Barry.johnsrud@jacksonlewis.com
Jonathan.Minear@jacksonlewis.com
Attorneys for Defendants

WASHINGTON CIVIL & DISABILITY ADVOCATE

By: */s/ Conrad A. Reynoldson*
Conrad A. Reynoldson, WSBA #48187
3513 NE 45th Street, Suite G
Seattle, WA 98105
Tel: 206-855-3134
Conrad.WACDA@gmail.com,
Attorneys for Plaintiff

REED PURETT WALTERS PLLC

By: _____
Mark D. Walters, WSBA #25537
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004
Tel: 425-688-7620
mwalters@rpwlawfirm.com
Attorneys for Plaintiff

4849-2303-8283, v. 1

STIPULATED MOTION AND ORDER FOR STAY PENDING POTENTIAL RESOLUTION - 3
(Case No. 2:17-cv-00841-RSM)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404