UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADRIANNA KILLAM, <br><br> Plaintiff, <br><br> v. <br><br> O'REILLY AUTO ENTERPRISES, LLC, a Washington limited liability company, O'REILLY AUTOMOTIVE STORES, INC. a Missouri corporation, <br><br> Defendants. | No. 2:17-cv-00841-RSM <br><br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I. STIPULATION

Adrianna Killam and Defendant O'Reilly Auto Enterprises, LLC and O'Reilly Automotive Stores., by and through their undersigned counsel, stipulate, pursuant to FRCP 41 (a)(1) that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 21st day of September, 2017.

| JACKSON LEWIS P.C. | WASHINGTON CIVIL & DISABILITY ADVOCATE |
|---|---|
| By: *s/ Barry Alan Johnsrud* <br> Barry Alan Johnsrud, WSBA #21952 <br> Jonathan M. Minear, WSBA #41377 <br> 520 Pike Street, Suite 2300 <br> Seattle, WA 98101 <br> 206-405-0404 <br> Barry.johnsrud@jacksonlewis.com | By: *s/Conrad Reynoldson* <br> Conrad A. Reynoldson, WSBA #48187 <br> 3513 NE 45th Street, Suite G <br> Seattle, WA 98105 <br> 206-855-3134 <br> Conrad.WACDA@gmail.com, <br> Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. 2:17-cv-00841-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Jonathan.Minear@jacksonlewis.com
Attorneys for Defendants

REED PURETT WALTERS PLLC

By: *Mark D. Walters*
Mark D. Walters, WSBA #25537
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004
425-688-7620
mwalters@rpwlawfirm.com
Attorneys for Plaintiff

## II. ORDER

Based upon the foregoing stipulation of the parties, it is hereby:

ORDERED that that above-caption matter be dismissed with prejudice as to all parties and without an award of costs or attorney's fees to any party.

Dated this 22nd day of September, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

JACKSON LEWIS P.C.

By: *s/ Barry Alan Johnsrud*
Barry Alan Johnsrud, WSBA #21952
Jonathan M. Minear, WSBA #41377
520 Pike Street, Suite 2300
Seattle, WA 98101
Tel: 206-405-0404
Barry.johnsrud@jacksonlewis.com
Jonathan.Minear@jacksonlewis.com
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
(Case No. 2:17-cv-00841-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

WASHINGTON CIVIL & DISABILITY ADVOCATE

By: *s/Conrad Reynoldson*
Conrad A. Reynoldson, WSBA #48187
3513 NE 45th Street, Suite G
Seattle, WA 98105
Tel: 206-855-3134
Conrad.WACDA@gmail.com,
Attorneys for Plaintiff

REED PURETT WALTERS PLLC

By: *Mark D. Walters*
Mark D. Walters, WSBA #25537
11120 NE 2nd Street, Suite 200
Bellevue, WA 98004
Tel: 425-688-7620
mwalters@rpwlawfirm.com
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3
(Case No. 2:17-cv-00841-RSM)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404